**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JAMES HURD, on behalf of** | ) | |
| **himself, and all others similarly** | ) | |
| **situated,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 17-352-CG-N** |
| | ) | |
| **TOLUNA USA, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This cause is before the Court on the Plaintiff's Unopposed Motion to Dismiss (Doc. 25), in which Plaintiff advises that the parties to this action have resolved any and all disputes between them.

Upon due consideration, said motion is **GRANTED**, and it is hereby **ORDERED** that all claims in this action are **DISMISSED with prejudice** as to the Plaintiff and without prejudice as to any class claims of non-parties pursuant to Rule 41(a)(2) of the F.R.Civ.P. Each party shall bear his or its own attorney's fees and costs.

**DONE and ORDERED** this 12th day of February, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE